UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

STEPHEN BROOKS,

        Plaintiff,

vs.

SAFECO INSURANCE COMPANY OF ILLINOIS, a foreign, for-profit company, and SAFECO INSURANCE COMPANY OF AMERICA, a foreign, for-profit company,

        Defendant.
_____/

CASE NO.: 8:19-CV-2000-T.30AEP

## PLAINTIFF'S NOTICE OF CERTIFICATION OF MEDIATION AUTHORITY

Pursuant to Rule 1.720(e), *Fla. R. Civ. P.*, the Plaintiff, by and through the undersigned counsel, hereby files Plaintiff's Notice of Certification stating that the following persons shall be attending the mediation conference on Plaintiff's behalf, with full authority to settle the pending claims:

1. Stephen Brooks, Plaintiff.

2. Jennifer Gentry Fernandez, Attorney at Law.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3rd, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a

notice of electronic filing to: William G.K. Smoak, Esquire and Kimberly I. Nunez, Attorney at Law; courtdocuments@flatrialcounsel.com.

/s/ Jennifer Gentry Fernandez
JENNIFER GENTRY FERNANDEZ
Florida Bar No.: 0002178
THE FERNANDEZ FIRM
2503 W. Swann Avenue
Tampa, FL 33609
Telephone: (813) 228-6313
Facsimile: (813) 228-6323
Attorney for Plaintiff

cc: Len Milcowitz, Certified Mediator